UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ROSCOE, LLC and                                 Case No.: 12-15391-RBR
BIMA II, LLC                                        Case No.: 12-15393-RBR

Chapter 7
     Debtors.                                         Jointly Administered Under
_____ /       Case No. 12-15391-RBR

KENNETH A. WELT,
CHAPTER 7 TRUSTEE,

     Plaintiff,
v.

JPMORGAN CHASE & CO.,                      Adv. Pro. No. 14-1114-BKC-RBR

     Defendant.
_____/

**<u>NOTICE REGARDING FILING OF SETTLEMENT MOTION</u>**

      Kenneth A. Welt, Chapter 7 Trustee, and Plaintiff in the above-styled adversary (the "Trustee"), hereby provides notice pursuant to Local Rule 9019-1 that the Trustee has filed a Motion to approve a stipulation of settlement between the Trustee and the Defendant [Main Case ECF No. 342]. If approved by the Court, the Settlement Agreement will resolve the matters raised in this adversary proceeding, and the Trustee will file a notice of voluntary dismissal of this adversary pursuant to the terms of the parties' agreement.

- 2 -

Dated: July 29, 2014.

                GENOVESE JOBLOVE & BATTISTA, P.A.
                Attorney for Trustee
                100 S.E. 2nd Street, Suite 4400
                Miami, FL 33131
                Tel: (305) 349-2300
                Fax: (305) 349-2310

By: /s/ Michael L. Schuster
     Michael L. Schuster, Esq.,FBN 57119
     E-Mail: mschuster@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via US Mail to all parties listed below this 29th day of July, 2014.

By: /s/ Michael L. Schuster
     Michael L. Schuster

## SERVICE LIST

Kevin C. Driscoll, Jr
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2833

kevin.driscoll@btlaw.com